# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:06-CV-419-FDW-DCK

| | |
|---|---|
| HUSQVARNA PROFESSIONAL OUTDOOR PRODUCTS INC. and its FOREST & GARDEN DIVISION, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| BELIVEAU TRUCKING, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The Court received notice today from the parties' mediator, Mr. Charles V. Tompkins, Jr., that "mediation resulted in full settlement" of this lawsuit. The undersigned appreciates the parties' efforts, as well as the assistance of Mr. Tompkins.

**IT IS, THEREFORE, ORDERED** that the parties shall file a joint stipulation of dismissal of this lawsuit on or before **November 21, 2007**.

Signed: November 5, 2007

David C. Keesler
United States Magistrate Judge